JEDEDIAH D. MAYNARD, Appellant, *v.* MELISSA ANDERSON, Respondent.

Where one having a lien upon a chattel in his possession, upon its being demanded by the owner, does not disclose his lien, but claims to be the owner, he is estopped from setting up his lien in an action to recover possession.

(Argued March 8, 1873; decided June term, 1873.)

THIS was an action to recover possession of a piano. Plaintiff had contracted for the sale of the piano to one Hawks for fifty dollars cash and the note of the latter for $350; he to have possession, but the title to remain in plaintiff until the purchase money was paid. The fifty dollars was paid and,

Hawks received the piano, but did not pay the note. He subsequently pledged the piano to defendant to secure the payment of forty-two dollars. Upon demand, she refused to deliver np the piano, claiming to own it. *Held*, as above; also *held*, on authority of *Ballard* v. *Burgett* (40 N. Y., 314), that the title remained in plaintiff, and that a purchaser in good faith and for value from Hawks could obtain no title as against plaintiff.

*M. F. Jenkins* for the appellant.

*Henderson & Wentworth* for the respondent.

JOHNSON, C., reads for reversal of order of General Term granting a new trial, and affirmance of judgment entered on report of referee.

All concur.

Judgment accordingly.

(Argued March 8, 1873; decided June term, 1873.)